IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA NEIDICH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE ADVANCED | : | |
| INSURANCE COMPANY | : | NO. 17-5375 |

## ORDER

**AND NOW**, this 22nd day of August, 2018, upon consideration of Plaintiff's "Motion to Compel Defendant to Produce Privilege [sic] Documents" (Docket No. 18), a telephone conference with the parties on May 23, 2018, Defendant's June 19, 2018 *in camera* submission and accompanying letter, and all other documents submitted in connection with Plaintiff's Motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Compel is **GRANTED** insofar as it seeks production of the documents for which Defendant's assertion of privilege remains in dispute, as noted in Exhibit A to Defendant's June 19, 2018 letter, and Defendant shall **PRODUCE** these documents without redactions.

2. Plaintiff's Motion is **DISMISSED AS MOOT** in all other respects.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.